| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
| --- | --- |
| **TRANSFER OF JURISDICTION** | 4:97CR00211 CEJ |
| | DOCKET NUMBER *(Rec. Court)* |
| | 3:13-00340-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Natasha Batey 426 Amherst Drive Murfreesboro, TN 37128 | DISTRICT Eastern District of Missouri | DIVISION Probation |
| --- | --- | --- |
| | NAME OF SENTENCING JUDGE The Honorable Carol E. Jackson United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM March 8, 2013 | TO March 7, 2018 |

OFFENSE
Conspiracy to Distribute in Excess of Five Kilograms of Cocaine

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 11, 2013
Date

*Carol E. Jackson*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Middle District of Tennessee

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-9-13
Effective Date

United States District Judge